# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

DAWN KAMINSKI, individually and as Parent of Marcus Kaminski, T.K-R, and G.K.R.; and MARCUS KAMINSKI
      Plaintiffs,

-v-                  **CASE NUMBER: 6:06-cv-1519**

COMMISSIONER OF ONEIDA COUNTY DEPARTMENT OF SOCIAL SERVICES; ONEIDA COUNTY DEPARTMENT OF SOCIAL SERVICES; and NEIGHBORHOOD CENTER
      Defendants.

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that

  1. Defendants Commissioner of Oneida County Department of Social Services and the Oneida County Department of Social Services' motion to dismiss the First, Second, Ninth, and Tenth Causes of Action is GRANTED;

  2. Defendant Neighborhood Center's motion to dismiss the First, Second, and Ninth Causes of Action is GRANTED;

  3. The First, Second, Ninth, and Tenth Causes of Action are DISMISSED; and

  4. Supplemental jurisdiction over the remaining state law claims, the Third, Fourth, Fifth, Sixth, Seventh, and Eighth Causes of Action, is DENIED pursuant to 28 U.S.C. § 1367, and those Causes of Action are DISMISSED, without prejudice.

All of the above pursuant to the order of the Honorable Judge David N. Hurd, dated the 5th day of August, 2011.

DATED: August 5, 2011

*[signature]*
Clerk of Court

s/

_____
Christine Mergenthaler
Deputy Clerk

entered and served 8/5/11